FILED
02 DEC -9 AM 9: 53
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
DEC - 9 2002

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COSTILLO JOHNSON a/k/a ASUME BJAMBE AUSIR IMHOTEP, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CV 02-H-2218-S |
| JAMES W. PATTON, III, ANN DEBRO, and MICHAEL LIMPSCOMB, ) ) ) ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 18, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on December 5, 2002.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 9th day of December, 2002.

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE

